THE STATE OF TEXAS .V. Jody Ford McCreary. IN THE
7th District Court of Smith County
Cause NO. 007-1110-10

FILED IN COURT OF APPEALS
12th Court of Appeals District
MAR 19 2015
TYLER TEXAS
CATHY S. LUSK, CLERK
1-19-2015

Motion: To ENTER Judgment Nunc PRO Tunc
ORDER Texas Rule Appellate procd Rule 36 (A)

To HONORABLE JUDGE OF SAID Court
Now the DEFENDANT Jody Ford McCreary, in the above
entitled and number cause and move the
Court to enter Judgment Nunc PRO Tunc, and
support of Such Motion.

I statement of Fact.
Defendant Jody Ford McCreary, Was convicted of the
offense Of Tampering with evidence. On the day 13
of January and A Judgment of Conviction were
entered in the above entitled A number
Cause but did not reflect accurately the
Judgment of Conviction in the above cause
Were incorrect The Judgment of Conviction
indicated that On January -13. 2011 That the Defendant
Jody Ford McCreary plea Guilty. to the offense.
When in fact that the defendant did not plea
guilty of the Tampering with evidence.

II

The phrase Nunc Pro Tunc literal means
"Now for then." A Nunc PRO Tunc literaty means
order is used by a Court to make its records
speaks the truth by correcting the record at
a later date to reflect what acually occured
at trial Ex parte Dickerson 702 S.W. 2d 518. 521
Crim App 1984

OVER   pg 1.

and Wilson v. state 677 S.W. 2d. 518 521 (Crim 1984) requiring proof that asserted judgment for lessor included offense was actually rendered or pronounce at earlier time

Thus a Nunc pro tunc judgment may properly be used to make the record reflect the judgment Miller v. state 702 S.W 2d. 586 588 (Crim App 1981, see Jones v. state 795 S.W 2d. 199 201 - 202 (Crim App 1990) - proper to correct judgment Nunc pro tunc to add that defendant was adjudged guilty

Inmate Declaration

I Jody Ford McCrary am the defendant of Motion to Enter Judgment Nunc pro Tunc order A being presently incarcerated in the Ellis Unit det declare under under penalty of perjury that according to my belief the facts state in the above that the Defendant plec not guilty are true and

Correct               Signed on

January 28 2015

Jody Ford McCrary
Jody Ford McCrary 1694118
Ellis Unit 1697.
P.O. Box F.M 988 980
Huntsville To

77310